## Commonwealth v. Swanson, Appellant.

Argued November 12, 1968. *Samuel R. Di Francesco, Jr.*, Public Defender, for appellant; *Ferdinand F. Bionaz*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth v. Thomas, Appellant.

Submitted November 11, 1968. *Ralph F. Kraft*, Public Defender, for appellant; *William G. Shahade*, Assistant District Attorney, and *Ferdinand F. Bionaz*, District Attorney, for Commonwealth, appellee.

Order affirmed.

HOFFMAN and SPAULDING, JJ., dissented.

## Commonwealth v. Vagnarelli, Appellant.

Argued November 11, 1968. *James D. McDonald, Jr.*, with him *James P. Lay, III*, and *Gifford & Lay*, and *Quinn, Plate, Gent, Buseck & Leemhuis*, for appellant; *Frank L. Kroto, Jr.*, Assistant District Attorney, with him *William E. Pfadt*, District Attorney, for Commonwealth, appellee.

The appeal is quashed.

MONTGOMERY, HOFFMAN, and HANNUM, JJ., would affirm.